ALBERTA RAE FOWLER, APPELLEE, V. LEO JAMES FOWLER, APPELLANT.

369 N.W.2d 96

Filed June 14, 1985.   No. 84-815.

Laurice M. Margheim, for appellant.

Cynthia Peters of McGinley, Lane, Mueller, O'Donnell & Merritt, P.C., for appellee.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ.

Per Curiam.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

Affirmed.